# Court of Appeals
# of the State of Georgia

ATLANTA,___March 06, 2014___

*The Court of Appeals hereby passes the following order:*

**A14A1068.  PAMELA CECILE WILLIAMS v. THE STATE.**

Pamela Cecile Williams was charged with violating OCGA § 40-6-16, the "Move Over Law."  She pled nolo contendre, and the disposition was entered on April 25, 2013.  On December 6, 2013, she filed a notice of appeal.  We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of the order on appeal.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Williams filed her notice of appeal 225 days after entry of the order she seeks to challenge.  Her appeal is therefore untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_03/06/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*